

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JEG:CAC
F.#2010V00049

271 *Cadman Plaza East*
*Brooklyn, New York 11201*

March 17, 2010

**BY ECF AND HAND DELIVERY**

The Honorable Brian M. Cogan
United States District Judge
United States District Court       C/M
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Albert Hudson v. United States
    Civil Docket No. 10-00116 (BMC)

Dear Judge Cogan:

The government respectfully submits this letter to request additional time to file its response to petitioner Albert Hudson's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

This is the government's first request for additional time. The petitioner's filed his Petition on January 12, 2010, and the Court issued an Order to Show Cause, dated January 20, 2010, ordering the government to file a response within 60 days of receipt of the Order. The undersigned requests additional time in order to obtain the relevant case file and prepare a response. The government respectfully requests that it be permitted to file its response to the petition by May 20, 2010.

No grounds have been offered for this protracted extension on what appears to be a straightforward petition. An extension is granted until 4/20/10 subject to an additional extension for cause shown.
SO ORDERED. 3/17/2010

/Signed by Judge Brian M. Cogan/
U.S.D.J.

cc: Albert Hudson (By Mail)

Respectfully submitted,

BENTON J. CAMPBELL
United States Attorney

By: _____/s/_____
Celia A. Cohen
Assistant U.S. Attorney
(718) 254-6147